UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00292-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARIO CASAS-TAPIA,

      Defendant.

---

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Thursday, August 26, 2010,** and responses to these motions shall be filed by **Monday, September 6, 2010.**  It is

FURTHER ORDERED that a 3-day jury trial is set to commence on **Monday, September 27, 2010, at 9:00 a.m. in courtroom A-1002.**  Finally, it is

ORDERED that the parties shall promptly contact the Court if a hearing on pending motions and/or final trial preparation conference needs to be set.

Dated this 27th day of July, 2010.

                    BY THE COURT:

                    s/ Wiley Y. Daniel
                    Wiley Y. Daniel
                    Chief United States District Judge