UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00292-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MARIO CASAS-TAPIA,

 Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

 A Notice of Disposition was received in the above captioned matter on September 10, 2010. Accordingly the three-day jury trial set to commence Monday, September 27, 2010, at 9:00 a.m. is **VACATED.** A Change of Plea Hearing is **SET** for **Friday, October 22, 2010, at 3:00 p.m.** in Courtroom A-1002.

 **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

 Dated: September 13, 2010.