UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00292-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MARIO CASAS-TAPIA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the Change of Plea Hearing set for Friday, November 5, 2010, at 10:00 a.m. is **VACATED** and **RESET** to **Monday, November 22, 2010, at 10:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated: November 1, 2010.