UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00292-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARIO CASAS-TAPIA,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Change of Plea Hearing set Thursday, December 2, 2010, at 4:00 p.m. is **VACATED**.

      Dated: December 2, 2010.