UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00292-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  MARIO CASAS-TAPIA,

      Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      Due to a scheduling conflict, the Change of Plea Hearing previously set for Friday, January 21, 2011, at 2:30 p.m.**,** is **VACATED**.  The hearing is **RESET** for **Wednesday, February 9, 2011 at 9:00 a.m., in courtroom A-1002.**

      **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be vacated.**  There will be no exceptions to this policy.

      Dated:  January 21, 2011